1  Adrienne M. Moran, Esq. SBN 136414
   SHAPIRO, GALVIN, SHAPIRO & MORAN
2  640 Third Street, 2nd Floor
   P.O. Box 5589
3  Santa Rosa, CA 95402-5589
   Telephone: (707) 544-5858
4  Facsimile: (707) 544-6702
   Ade@shapirogalvinlaw.com
5
   Attorneys for Plaintiff
6  ALEX ROBINSON

7

8              UNITED STATES DISTRICT COURT

9                      FOR THE

10         NORTHERN DISTRICT OF CALIFORNIA

11

12  ALEX ROBINSON, an individual,       )  Case No.  3:10-CV-00078-JCS
                                        )
13              Plaintiff,              )  [Sonoma County Case No.: SCV-246421]
                                        )
14      vs.                             )  Date Action Filed: January 6, 2010
                                        )
15                                      )
    NORTH BAY SOLAR ELECTRIC,           )
16  INC. and DOES 1-20, inclusive,      )
                                        )
17              Defendants.             )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20                                      )

21  <u>**STIPULATION AND ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE**</u>

22      The parties, by and through their respective counsel, hereby stipulate to dismiss

23  the complaint without prejudice, each party to bear his/its own fees and costs.

24

25

26

27

28

STIPULATION AND ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE
1

1 

2                  SHAPIRO, GALVIN, SHAPIRO & MORAN

3    Dated: January 22, 2010

4                 By: _____

5                    Adrienne M. Moran
                      Attorneys for Plaintiff ALEX ROBINSON

6                       640 Third Street, Second Floor
                      P.O. Box 5589

7                       Santa Rosa, CA 95402-5589
                      Ade@shapirogalvinlaw.com

8                       Phone: (707) 544-5858

9                LAW OFFICES OF FRANK J. CHRISTY, JR.

10 

11    Dated: 1/25/10

12                 By: _____

13                    Frank J. Christy, Jr., Esq.
                      Attorney for Defendant NORTH BAY SOLAR

14                       ELECTRIC, INC.
                      11 Western Ave.

15                       Petaluma, CA 94952
                      Phone: (707) 773-2714

16 

17                      ORDER

18       Pursaunt to Stipulation,
       IT IS SO ORDERED.

19 

20    Dated: 3/17/2010

21 

22                 ~~Judge of the Federal Court~~
                Joseph C. Spero

23                 United States Magistrate Judge

24    J:\LITZ\ROBINSON\STIPTODISMISSFEDMATTER.DOC

25 

26 

27 

28

1          PROOF OF SERVICE BY MAIL (CCP 1013a, 2015.5)

2          I, Kim Basileu, declare that I am a resident of and employed in the County of
   Sonoma, State of California. I am over the age of eighteen (18) years and not a party to
3  the within entitled cause; my business address is 640 Third Street, Second Floor, Santa
   Rosa, California.

4
          I am readily familiar with my employer's business practice for collection and
5  processing of any and all mail and/or correspondence for mailing with the United States
   Postal Service.

6
          On January 26, 2010, I served the within **STIPULATION AND ORDER TO**
7  **DISMISS COMPLAINT WITHOUT PREJUDICE** on the party or parties named below,
   by placing a true copy thereof enclosed in a sealed envelope, for collection and mailing
8  with the United States Postal Service that same day in the ordinary course of business,
   addressed as follows:

9

10 Frank J. Christy, Jr., Esq.                      (Attorney for Defendant)
   Law Offices of Frank J. Christy, Jr.
11 11 Western Avenue
   Petaluma, CA 94952
12 frankchristy@comcast.net

13
   _____        By Personal Delivery. I caused each such envelope to be personally
14                delivered to:

15 _____        By Federal Express. I caused each such, with shipping charges fully
                 prepaid, to be delivered to and deposited with Federal Express in Santa
16               Rosa, California for next business day delivery.

17 _____        By Mail. I caused each such envelope, with postage thereon fully paid, to
                 be placed in the United States mail at Santa Rosa, California.

18 _____        By Facsimile. I caused each such document to be transmitted by
                 facsimile to the number listed below.
19

20               The above-described transmission was reported as complete without error
                 by a transmission report issued by the facsimile transmission machine
21               upon which the said transmission was made immediately following the
                 transmission. A true and correct copy of the said transmission report is
22               attached hereto and incorporated herein by this reference.

23 **xxx**       By Electronic Mail. I caused each such document to be transmitted by
                 electronic mail to the e-mail addresses listed above.

24               The above-described transmission was reported as complete without
                 error. A true and correct copy of the said e-mail is attached hereto and
25               incorporated herein by this reference.

26        I declare under penalty of perjury that the foregoing is true and correct and that
   this declaration was executed on January 26, 2010.
27

28                                   _____
                                            Kim Basileu